UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ROBERT HARRISON**                                                **CIVIL ACTION**

**VERSUS**                                                         **NO. 06-2825**

**RICHARD L. STALDER, ET AL.**                                     **SECTION: "S"(3)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.[1]  Therefore,

**IT IS ORDERED** that the motion for dismissal or, alternatively, for summary judgment filed by Richard L. Stalder, Cornel H. Hubert, Kathy McGinnis, and Dr. Jerry Thomas is **GRANTED**.  **IT IS ORDERED** that the official-capacity claims against those defendants are **DISMISSED WITHOUT PREJUDICE** as barred by sovereign immunity. **IT IS ORDERED** that the individual-capacity claims against those defendants are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies, but with prejudice for the purpose of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915.

---

[1] The Court notes that the rejection of Harrison's EHCC-2006-732 grievance was never appealed.

**IT IS FURTHER ORDERED** that the claims against James D. Miller are **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b). **IT IS ORDERED** that the official-capacity claim against that defendant is **DISMISSED WITHOUT PREJUDICE** as barred by sovereign immunity. **IT IS ORDERED** that the individual-capacity claim against that defendant is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a), but with prejudice for the purpose of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915.

New Orleans, Louisiana, this   5th   day of    December   , 2006.

**UNITED STATES DISTRICT JUDGE**